AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Sharon A. Jaeger

**SUMMONS IN A CIVIL ACTION**

V.

Metropolitan Life Insurance Company
Employee Benefit Plan Salaried
Employees George Weston Bakeries, Inc., George Weston Bakeries Distribution, Inc.

CASE NUMBER:

TO: (Name and address of Defendant)

Employee Benefit Plan Salaried
Employees George Weston Bakeries, Inc.
55 Paradise Lane
Bay Shore, NY

**05 CV 11775 WGY**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jonathan M. Feigenbaum, Esq.
Phillips & Angley
One Bowdoin Square
Boston, MA  02114

an answer to the complaint which is served on you with this summons, within __Twenty__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  8-26-05

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE August 31, 2005 (9:21 AM) |
| NAME OF SERVER (PRINT) Douglas G. Hilfman | TITLE Process Server  NYC License # 0873349 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 55 Paradise Lane, Bay Shore, NY 11706
Served Rich Francos an employee authorized to accept service for Employee Benefit Plan Salaries Employees George Weston Bakeries, Inc.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

X Served Complaint, Civil Action Cover Sheet, Category Sheet and Summons

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/2/05
             Date                Signature of Server

AMD INVESTIGATIONS & SECURITY
64 SYLVIA LANE
PLAINVIEW, NY 11803

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.