AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Sharon A. Jaeger

**SUMMONS IN A CIVIL ACTION**

V.

Metropolitan Life Insurance
Company, Employee Benefit Plan
Salaries Employees George Weston
Bakeries, Inc., George Weston
Bakeries Distribution, Inc.

CASE NUMBER:

TO: (Name and address of Defendant)

Metropolitan Life Insurance Company
One Madison Avenue
New York, NY

# 05 CV 1 1 7 75 WGY

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Jonathan M. Feigenbaum, Esq.
> Phillips & Angley
> One Bowdoin Square
> Boston, MA  02114

an answer to the complaint which is served on you with this summons, within ___Twenty___ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE   _8·26·05_

AO-440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 9/1/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Carey A. Luckey | Admin. Asst – DoI |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): First Class Mail to Metropolitan Life Insurance Company, One Madison Avenue, New York, NY 10010

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   SEP 0 1 2005

RECEIVED

DIVISION OF INSURANCE
LEGAL DIVISION

*Signature of Server*

One South Station, Boston, MA 02110

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.