UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 05-11775-WGY

| | |
|---|---|
| Sharon A. Jaeger | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| Metropolitan Life Insurance Company,<br>Employee Benefit Plan Salaried Employees George<br>Weston Bakeries, Inc., George Weston Bakeries<br>Distribution, Inc. | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance on behalf of the defendant Metropolitan Life Insurance Company in the above-captioned matter.

METROPOLITAN LIFE INSURANCE
COMPANY,
By its attorneys,


/s/ James F. Kavanaugh, Jr.
James F. Kavanaugh, Jr.  BBO #262360
CONN KAVANAUGH ROSENTHAL PEISCH
 & FORD, LLP
Ten Post Office Square
Boston, MA 02109
617-482-8200

DATED: September 15, 2005

235888.1