UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 05-11775-WGY

_____
                                               )
Sharon A. Jaeger                            )
                                               )
    Plaintiff,                          )
                                               )
v.                                                    )
                                               )
Metropolitan Life Insurance Company,    )
Employee Benefit Plan Salaried Employees George )
Weston Bakeries, Inc., George Weston Bakeries  )
Distribution, Inc.                         )
                                               )
    Defendants.                       )
_____)

## **NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Please enter my appearance on behalf of the defendant Metropolitan Life Insurance Company in the above-captioned matter.

                                        METROPOLITAN LIFE INSURANCE
                                        COMPANY,
                                        By its attorneys,

                                        /s/ Constance M. McGrane
                                        Constance M. McGrane  BBO #546745
                                        CONN KAVANAUGH ROSENTHAL PEISCH
                                         & FORD, LLP
                                        Ten Post Office Square
                                        Boston, MA 02109
                                        617-482-8200

DATED: September 16, 2005

235887.1