UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 05-11775-WGY

SHARON A. JAEGER       )
    Plaintiff,        )
                      )
V.                     )
                      )
METROPOLITAN LIFE      )
INSURANCE COMPANY, ET AL.)
    Defendants.       )

## MOTION (ASSENTED-TO) OF DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY TO ENLARGE TIME TO RESPOND TO COMPLAINT

The defendant Metropolitan Life Insurance Company, with the assent of the plaintiff, hereby moves, pursuant to Fed. R. Civ. P. 6(b) and Fed. R. Civ. P. 12(a), to enlarge the time within which it must serve a response to the complaint in this case to and including October 11, 2005. As grounds therefor, the defendant states that said additional time is necessary in order for it to prepare its response because of the complex nature of the issues raised in the complaint.

ASSENTED TO:
| | |
|---|---|
| SHARON A. JAEGER, | METROPOLITAN LIFE |
| By her attorney, | INSURANCE COMPANY, |
| | By its attorney, |
| /s/ Jonathan M. Feigenbaum | /s/ James F. Kavanaugh, Jr. |
| Jonathan M. Feigenbaum | James F. Kavanaugh, Jr. |
| BBO #546686 | BBO #262360 |
| PHILIPS & ANGLEY | Constance M. McGrane |
| One Bowdoin Square | BBO #546745 |
| Boston, MA  02114 | CONN KAVANAUGH ROSENTHAL |
| (617) 367-8787 |     PEISCH & FORD, LLP |
| | Ten Post Office Square |
| | Boston, MA  02109 |
| | (617) 482-8200 |

DATED: September 16, 2005
235832.1