UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
SEC

V.                                        CIVIL ACTION

                                          NO.05-11853-WGY
BIOPURE
```

ORDER OF RECUSAL

YOUNG, D.J.

    The presiding judge recuses himself from participation in this case upon the ground that the law firm of which he was once a partner and upon which he relies for personal legal advice represents a party in this action.

```
                    WILLIAM G. YOUNG
                    UNITED STATES DISTRICT JUDGE

                    By the Court,

                    /s/William G. Young
                    _____
                                Deputy Clerk
```