UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 05-11775-WGY

| | |
|---|---|
| Sharon A. Jaeger, | ) |
| Plaintiff | ) |
| v. | ) |
| Metropolitan Life Insurance Company, et al. | ) |
| Defendants. | ) |

### CERTIFICATION OF GEORGE WESTON PURSUANT TO LR 16.1(D)(3)

Defendants Employee Benefit Plan Salaried Employees George Weston Bakeries Inc. (the "Plan") and George Weston Bakeries Distribution Inc. ("George Weston"), by their attorney and an authorized representative, hereby certify as follows:

1. The Plan, George Weston, and their counsel have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation.

2. The Plan, George Weston, and their counsel have conferred to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Jonathan Berger, Esq.
George Weston Bakeries Inc.
255 Business Center Drive
Horsham, NY 19044

_____
Constance M. McGrane  BBO #546745
CONN KAVANAUGH ROSENTHAL
  PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA 02109
617-482-8200

DATED: November 8, 2005

240189.1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 05-11775-WGY

| | |
|---|---|
| Sharon A. Jaeger,<br><br>    Plaintiff<br><br>v.<br><br>Metropolitan Life Insurance Company, et al.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATION OF METLIFE PURSUANT TO LR 16.1(D)(3)

Defendant Metropolitan Life Insurance Company ("MetLife"), by its attorney and an authorized representative, hereby certifies as follows:

1. MetLife and its counsel have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation.

2. MetLife and its counsel have conferred to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Lowell D. Kass, Esq.
Metropolitan Life Insurance Company
27-01 Queens Plaza North
Long Island City, NY 11101

_____
Constance M. McGrane  BBO #546745
CONN KAVANAUGH ROSENTHAL
 PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA 02109
617-482-8200

DATED: November 8, 2005

240002.1