UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**SHARON A. JAEGER**
         Plaintiff
         V.                                                          CIVIL ACTION
**METROPOLITAN LIFE INS. CO.,**                                      **05-CV-11775-WGY**
**EMPLOYEE BENEFIT PLAN SALARIED**
**EMPLOYEES GEORGE WESTON**
**BAKERIES, INC., GEORGE WESTON BAKERIES**
**DISTRIBUTION INC.**
         Defendant(s)

### NOTICE OF  MEDIATION

The above entitled action has been referred to the Alternative Dispute Resolution Program

(ADR) and has been assigned to <u>M.J. Joyce London Alexander</u>, for the following ADR process:

☐     SCREENING CONFERENCE            ☐     EARLY NEUTRAL EVALUATION

**X**     MEDIATION                              ☐     MINI-TRIAL

☐     SUMMARY JURY TRIAL               ☐     SETTLEMENT CONFERENCE

No later than five (5) days prior to the ADR session, each party is to furnish the ADR provider

with a memorandum describing the party's position concerning the issue(s) to be resolved through ADR.

The memoranda shall not exceed twenty (20) pages, shall identify the representatives of the parties who

will be attending with decision making authority and shall be served on all other parties.  The parties may

also provide copies of pleadings or any other information that may be helpful to the neutral and other

parties in preparing for a productive session.  Memoranda and other material submitted to the ADR

provider shall NOT be filed with, nor revealed to, the Court.

The ADR proceeding with principals present has been scheduled for **MEDIATION** on

**FEBRUARY 17, 2006 @ 10:00 AM**  in Courtroom <u>24</u> on the <u>7</u>$^{TH}$ floor of the United States Courthouse,

1 Courthouse Way, Boston, Massachusetts.

                              HONORABLE JOYCE LONDON ALEXANDER
                              U.S. MAGISTRATE JUDGE
                              By the Court:

<u>February 6, 2006</u>                       <u>/S/ Jarrett Lovett                    </u>
Date                                      Courtroom Clerk