**PHILLIPS & ANGLEY**
ATTORNEYS AND COUNSELLORS AT LAW
AN ASSOCIATION OF PROFESSIONAL CORPORATIONS
ONE BOWDOIN SQUARE
BOSTON, MASSACHUSETTS 02114
(617) 367-8787

JEFFREY J. PHILLIPS, P.C.
JEFFREY T. ANGLEY, P.C.
JONATHAN M. FEIGENBAUM*
CHRISTOPHER S. TOLLEY
DANIEL TREGER
STEPHANIE M. SWINFORD
KRISTEN M. PLOETZ

*ALSO ADMITTED IN DC AND CA

TELECOPIER (617) 227-8992

February 8, 2006

Jarrette Lovett, Court Room Clerk
The Honorable Joyce London Alexander
United States District Court
U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   Sharon A. Jaeger. v. Metropolitan Life Insurance Company, George Weston Bakeries Distribution, Inc., Employee Benefit Plan Salaried Employees George Weston Bakeries, Inc. C.A. 05-11775-WGY

Dear Mr. Lovett:

After conferring with Judge Alexander's chambers, we were advised to send a letter to you. You should be advised that the parties in the above-referenced matter have elected to mediate this case before a private mediator.

We are requesting that we be excused from attending a mediation session before Judge Alexander on February 24, 2006. We wish to thank the Court for allowing us to participate in the ADR process.

Thank you for your courtesy and cooperation with this matter.

Very truly yours,

Jonathan M. Feigenbaum

JMF/rtr
cc:   Attorney Constance M. McGrane [By Fax Only]
L:\LITG\sjae002\clerk,L.02.08.06.wpd