UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 05-11775-WGY

_____
                                                            )
Sharon A. Jaeger,                                      )
                                                            )
     Plaintiff                                    )
                                                            )
v.                                                             )
                                                            )
Metropolitan Life Insurance Company,     )
Employee Benefit Plan Salaried Employees George )
Weston Bakeries, Inc., George Weston Bakeries  )
Distribution, Inc.,                            )
                                                            )
     Defendants.                             )
_____)

## JOINT MOTION FOR REVISION OF THE SCHEDULING ORDER

     Plaintiff, Sharon A. Jaeger ("Jaeger"), defendant, Metropolitan Life Insurance Company ("MetLife"), and Employee Benefit Plan Salaried Employees George Weston Bakeries, Inc. (the "LTD Plan"), and George Weston Bakeries Distribution, Inc. ("George Weston") hereby move for revision of the Scheduling Order in this matter. As grounds for this motion, the parties state:

1.     The parties are scheduled to go to mediation on March 30, 2006. The parties are optimistic that the claims will be resolved at the mediation.

2.     The joint schedule in this matter requires all the parties to agree upon the Record for Judicial Review or to file memorandum concerning additional material to have added to the record for judicial review by March 3, 2006. In order to avoid the attorneys' fees and costs associated with submission of the Record for Judicial Review or motions regarding the same, the parties request that the Scheduling Order be changed to allow the filing of a Partial Record for Judicial Review by

April 7, 2006, and any motions concerning the record fourteen (14) days after the mediation date, or by April 14, 2006. Parties opposing any such motion shall file an opposition fourteen (14) days thereafter.

3. The Scheduling Order also requires that any party seeking discovery must file such requests by March 3, 2006. In order to avoid the attorneys' fees and costs associated with such motions, the parties request that any request for discovery shall be filed by April 7, 2006. Parties opposing any such motion shall file any opposition fourteen (14) days thereafter.

4. If the case is resolved at mediation, the Court's and parties' resources will not be required to decide upon the Record for Judicial Review, or Motions concerning the record or discovery requests.

WHEREFORE, the parties jointly request that the Schedule in this matter be revised to permit the filing of the Partial Record for Judicial Review by April 7, 2006; any motions for discovery by April 7, 2006; and any motions concerning the record by April 14, 2006.

    Respectfully submitted,

    METROPOLITAN LIFE INSURANCE COMPANY,
    EMPLOYEE BENEFIT PLAN SALARIED EMPLOYEES,
    GEORGE WESTON BAKERIES, INC., GEORGE
    WESTON BAKERIES DISTRIBUTION, INC.

    By their attorneys,

    /s/ Constance M. McGrane
    James F. Kavanaugh, Jr. BBO #262360
    Constance M. McGrane BBO #546745
    CONN KAVANAUGH ROSENTHAL
    PEISCH & FORD, LLP
    Ten Post Office Square
    Boston, MA 02109
    (617) 482-8200

                    SHARON A. JAEGER,

                    By her attorney,

                    /s/ Jonathan M. Feigenbaum
                    Jonathan M. Feigenbaum BBO #546686
                    PHILIPS & ANGLEY
                    One Bowdoin Square
                    Boston, MA  02114
                    (617) 367-8787

DATED: March 3, 2006
248575.1