**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

SHARON A. JAEGER
           Plaintiff(s)

V.

CIVIL ACTION

NO. 05-CV-11775-WGY

METROPOLITAN LIFE INS. CO. &
EMPLOYEE BENEFIT PLAN SALARIED
EMPLOYEES GEORGE WESTON BAKERIES
& GEORGE WESTON BAKERIES DISTRIBUTION,
INC.
           Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE     WILLIAM G. YOUNG

[ X ]    In the above entitled case the parties requested to be excused from attending mediation session with Magistrate Judge Joyce London Alexander after referral to the ADR Program, but prior to ADR.

[ ]    On _____ I held the following ADR proceeding:

    _____ SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION
    _____ MEDIATION    _____ SUMMARY BENCH / JURY TRIAL
    _____ MINI-TRIAL    _____ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties were / were not present in person or by authorized corporate officer [except _____].

The case was:

[ ]    Settled. Your clerk should enter a _____ day order of dismissal.

[ ]    There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ X ]    All parties have elected to mediate this case before a private mediator. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

3/9/06                                      /S/ Joyce London Alexander
DATE                                          ADR Provider

_____

(ADR Report.wpd - 4/12/2000)                                                                                                      [adrrpt.]