UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 05-11775-WGY

_____
                                            )
Sharon A. Jaeger,                           )
                                            )
    Plaintiff                               )
                                            )
v.                                          )
                                            )
Metropolitan Life Insurance Company,        )
Employee Benefit Plan Salaried Employees George )
Weston Bakeries, Inc., George Weston Bakeries )
Distribution, Inc.,                         )
                                            )
    Defendants.                             )
_____)

## **STIPULATION OF DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST ALL DEFENDANTS**

The parties to the above-captioned action, by their attorneys, hereby stipulate pursuant to

Fed. R. Civ. P 41(a)(1)(ii) that all claims asserted in this action by the Plaintiff, Sharon Jaeger, be

dismissed, with prejudice, each party to bear its own costs and attorneys fees, the parties waiving further appellate rights.

        Respectfully submitted,
METROPOLITAN LIFE INSURANCE
COMPANY, EMPLOYEE BENEFIT PLAN
SALARIED EMPLOYEES GEORGE WESTON
BAKERIES, INC., GEORGE WESTON
BAKERIES DISTRIBUTION, INC.,
By their attorneys,

/s/Constance M. McGrane
James F. Kavanaugh, Jr. (BBO #262360)
Constance M. McGrane (BBO #546745)
Conn Kavanaugh Rosenthal Peisch & Ford, LLP
Ten Post Office Square
Boston, MA 02109
(617) 482-8200

SHARON JAEGER
By her attorney,

/s/ Jonathan M. Feigenbaum
Jonathan M. Feigenbaum (BBO #546686)
Phillips & Angley
One Bowdoin Square
Boston, MA 02114
(617) 367-8787

Dated: May 2, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by electronic filing on May 2, 2006.

/s/ Constance M. McGrane
Constance M. McGrane, Esq.

252982.1